GEHRING & SATRIALE LLC
Joseph E. Gehring, Jr., Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 854-2600
(973) 854-2609 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, <br><br> Plaintiff, <br><br> -against- <br><br> JOHN FITZGERALD, <br><br> Defendant. | Case No. 1:17-cv-12866 <br><br> NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff Federal Trade Commission hereby gives notice of its voluntary dismissal without prejudice of Defendant John Fitzgerald, pursuant to Rule 4l(a)(l) of the Federal Rules of Civil Procedure.

Defendant Fitzgerald has not filed an answer or motion for summary judgment as of this time.

Respectfully submitted,

 s/ Joseph E. Gehring, Jr.
Joseph E. Gehring, Jr., Esq.
GEHRING & SATRIALE LLC
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 854-2600
(973) 864-2609 (fax)
Counsel for Plaintiff

Dated: March 13, 2018